

1251 Avenue of the America
21st Floor
New York, NY 10020

**Jeremy Chase**
(212) 603-6495

jeremychase@dwt.com

December 29, 2023

*Via ECF*

Clerk
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *Rose v. Cellular Touch Wireless, Inc.*, **Case No. 2:23-cv-23321-MEF-CLW (D.N.J.)**

Dear Clerk of the Court:

    I am counsel to T-Mobile USA, Inc. ("T-Mobile") in the above-captioned action. Pending before the Court is Plaintiff William Rose's motion to compel compliance with subpoenas served upon T-Mobile. (ECF No. 1.) The motion is set for hearing on January 16, 2024. Pursuant to Local Civil Rule 7.1(d)(5), T-Mobile hereby requests an automatic extension of the hearing date to February 5, 2024. The originally noticed motion day has not previously been extended or adjourned and the date for filing opposition has not yet expired. The new deadline for the filing of T-Mobile's opposition papers is January 22, 2024.

                                                  Respectfully submitted,

                                                  */s/ Jeremy Chase*

                                                  Jeremy Chase
                                                  Davis Wright Tremaine LLP

DWT.COM